BEFORE THE SECOND DIVISION, MAY 9, 1941

**No. 45815.**—Protest 28542–K of Harry Stone (New York).

Opinion by KINCHELOE, J. On the record presented the protest was dismissed.

BEFORE THE THIRD DIVISION, MAY 9, 1941

**No. 45816.**—Protests 972649–G, etc., of Clicquot Club Co. et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45817.**—Protests 971582–G, etc., of Canada Dry Ginger Ale, Inc. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45818.**—Protests 947288–G, etc., of J. L. Hopkins & Co., Inc., et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 26). The claim for free entry under paragraph 1768 was therefore sustained.